RECEIVED AND FILED

CLERK'S OFFICE USDC PR

2022 NOV 29 PM 1:43

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

vs.

Adonis Marquez Marte
Defendant

CRIMINAL NO. 22-440 (DRD)

The undersigned defendant _Adonis Marquez Marte_, hereby affirms that she/he has been advised of the charges in Indictment _22-440 (DRD)_, that counsel has forwarded to him/her a copy of said Indictment, and after being duly advised of his/her rights to be present at arraignment, waives said right and respectfully enters PLEA OF NOT GUILTY to the charges levied against him/her, pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure.

_Adonis J. Márquez_
DEFENDANT'S SIGNATURE

_[signature]_
ATTORNEY'S SIGNATURE

11-29-22
DATE

1605 Av. Ponce de Leon GM6 00909
ADDRESS

300504
BAR NUMBER