IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| UNITED STATES OF AMERICA<br>    Plaintiff,<br><br>               v.<br><br>Adonis Márquez Marte (3)<br>    Defendant. | Criminal no. 22-440 (DRD) |
|---|---|

**MOTION FOR AUTHORIZATION TO FILE CJA VOUCHER**

**TO THE HONORABLE COURT:**

Comes now the undersigned, and respectfully states and prays as follows:

**TO THE HONORABLE COURT:**

Comes now the defendant, Mr. Márquez Marte and respectfully states and prays as follows:

1. Upon request, the undersigned counsel was withdrawn from the representation of Mr. Márquez Marte. (*See* Docket Entry #147)

2. The Court then appointed Mr. Héctor Dauharje, Esq. (*See* Docket Entry #147)

3. The undersigned has since forwarded the available discovery to Mr. Héctor Dauharje, Esq. and coordinated and participated in a meeting between Mr. Héctor Dauharje, Esq. and Adonis Márquez.

WHEREFORE, due to the undersigned having completed all his duties in this case, permission is requested to file a CJA Voucher for this case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 27th day of April, 2023.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy

PO Box 12247
Tel.: (787) 432-4910
USDC-PR No. 300504
dalcala@defensorialegal.com